IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME L. GRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 23-387-GBW |
| ARAPAHOE, SPV, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this 15th day of April, 2024, having considered the Court's November 2, 2023 Memorandum Opinion and Order (D.I. 6, 7) screening and dismissing Plaintiff's Complaint and giving him leave to amend, and Plaintiff's Amended Complaint (D.I. 8);

IT IS HEREBY ORDERED that:

1. The Amended Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), based on Plaintiff's failure to remedy the deficiencies identified in the Court's November 2, 2023 Memorandum Opinion. Amendment is futile.

2. The Clerk of Court is directed to mark this case **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE